IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 17-cv-00564-RPM

HSU CHIANG A. CHOU and
CHONGPING CHOU,

    Plaintiffs,

v.

PHILIP A. MOROCO II,

    Defendant.

_____

ORDER GRANTING STIPULATION FOR DISMISSAL WITH PREJUDICE
_____

THIS MATTER comes before the Court on the Stipulation for Dismissal with Prejudice filed jointly by Plaintiffs Hsu Chiang A. Chou and Chongping Chou and Defendant, Philip A. Moroco II.

THE COURT, having reviewed the Stipulation for Dismissal with Prejudice, and being otherwise advised by review of the file;

HEREBY ORDERS that the Stipulation for Dismissal with Prejudice is GRANTED. Plaintiffs' Complaint and all claims against Defendant Philip A. Moroco II are dismissed with prejudice, each party to pay its own costs and attorneys fees.

DONE THIS 8TH day of August, 2017.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge